```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
    UNITED STATES OF AMERICA,                               :
                                                            :
                                                            :
                       -v-                                  :
                                                            :
                                                            :
    JOHNTAE BYRD, and                                       :
    MALIK TOWNSEND,                                         :
                                       Defendants.          :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2022

1:22-cr-497-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on December 6, 2022 at 1:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 30, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge