```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
                    -v-                                      :
                                                             :        1:22-cr-497-GHW-2
                                                             :
    MALIK TOWNSEND,                                          :              ORDER
                                                             :
                                        Defendant.           :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2023

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled with respect to defendant Malik Townsend, on February 28, 2023, at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED. Dated:

February 24, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge